# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES W. VAHEY, INDIVIDUALLY; AND OTHER HAND, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Appellants,
vs.
MARA ENTERPRISES, A CALIFORNIA CORPORATION; MACE YAMPOLSKY, AN INDIVIDUAL; MACE YAMPOLSKY LTD; AND DONNA HICKS, AN INDIVIDUAL,
Respondents.

No. 70051

FILED

SEP 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



MARA ENTERPRISES, A CALIFORNIA CORPORATION,
Appellant/Cross-Respondent,
vs.
MACE YAMPOLSKY, AN INDIVIDUAL; MACE YAMPOLSKY LTD, A NEVADA DOMESTIC PROFESSIONAL CORPORATION; AND DONNA HICKS,
Respondents/Cross-Appellants.

## ORDER DISMISSING APPEAL

These are appeals and a cross-appeal from district court orders, certified as final pursuant to NRCP 54(b), in a dispute over real property. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

On August 9, 2017, the parties filed a stipulation to dismiss the majority of the claims raised in this appeal. The stipulation indicated that it did "not affect" the appeal of appellants James Vahey and Other Hand, LLC, with respect to respondents Mace Yampolsky, Mace Yampolsky, Ltd., or Donna Hicks (Yampolsky respondents). However, in light of this court's order of August 25, 2016, which limited the scope of this appeal, this court

17-31819

entered an order on August 11, 2017, directing appellants to show cause why the entire appeal should not be dismissed as moot. Appellants' response to our order was due to be filed by September 1, 2017; the order also allowed time for the Yampolsky respondents to reply. To date, neither party has responded to our order. As appellants have failed to demonstrate that this appeal should not be dismissed as moot, we conclude that dismissal is appropriate. Accordingly, this appeal is dismissed.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Kathleen E. Delaney, District Judge
Black & LoBello
Kolesar & Leatham, Chtd.
Gerrard Cox & Larsen
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Law Offices of John Benedict
Eighth District Court Clerk

